IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03470-MJW

JAVON WILLRICH,

Plaintiff,

v.

DENVER SHERIFF'S DEPARTMENT DEPUTY STACI WRIGHT, *in her individual and official capacities*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Stay Litigation (Docket No. 8) is granted.  Accordingly it is further

    ORDERED that this matter is stayed up to and including April 7, 2015.  It is further

    ORDERED that the Scheduling Conference set on March 3, 2015, at 9:30 a.m. is VACATED.  It is further

    ORDERED that no later April 8, 2015, the parties shall file a joint status report or file their dismissal papers.

Date: February 6, 2015